■ LYLE HOBART, Respondent, v PG INSURANCE COMPANY OF NEW YORK, Appellant. [661 NYS2d 553] —Order unanimously affirmed with costs for reasons stated in decision at Supreme Court, Stone, J. (Appeal from Order of Supreme Court, Onondaga County, Stone, J.—Summary Judgment.) Present—Pine, J. P., Callahan, Doerr, Balio and Boehm, JJ.

■ NORWEST MORTGAGE, INC., Appellant, v THOMAS V. LAUGHLIN et al., Respondents. [661 NYS2d 553] —Order unanimously affirmed with costs for reasons stated in decision at Supreme Court, Stone, J. (Appeal from Order of Supreme Court, Onondaga County, Stone, J.—Foreclosure.) Present—Pine, J. P., Callahan, Doerr, Balio and Boehm, JJ.